IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARIO DESHAN SAMUEL,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4865

Opinion filed July 1, 2015.

An appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, III, Judge.

Nancy A. Daniels, Public Defender, and L. Allen Beard, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED. See State v. Adkins, 96 So. 3d 412 (Fla. 2012); Flagg v. State, 74 So. 3d 138 (Fla. 1st DCA 2011), review denied, 104 So. 3d 1083 (Fla. 2012).

RAY, SWANSON, and MAKAR, JJ., CONCUR.